```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 12209
    HELEN M HERRON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-8144


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/09/2007 and was not confirmed.

      The case was dismissed without confirmation 11/19/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------

AFFINITY CREDIT SERVICES  UNSECURED       NOT FILED          .00            .00
AMERICASH LOANS LLC       UNSECURED          527.43          .00            .00
AMERICASH                 UNSECURED       NOT FILED          .00            .00
FREEDOM CARD GOLD MASTER  UNSECURED          469.90          .00            .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED          .00            .00
BARNES AUTO GROUP         UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO DEPT REV  UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO PARKING   UNSECURED         2383.00          .00            .00
ASPIRE                    UNSECURED          536.17          .00            .00
COMMONWEALTH EDISON       UNSECURED          420.47          .00            .00
CRED PROTECTION ASSOCIAT  UNSECURED       NOT FILED          .00            .00
CRED PROTECTION ASSOCIAT  UNSECURED       NOT FILED          .00            .00
FIRST PREMIER BANK        UNSECURED       NOT FILED          .00            .00
HARRIS                    UNSECURED       NOT FILED          .00            .00
HEALTH CARE CENTERS       UNSECURED       NOT FILED          .00            .00
HONOR FINANCE             UNSECURED       NOT FILED          .00            .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED          .00            .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED          .00            .00
INSTANT CASH              UNSECURED       NOT FILED          .00            .00
KOSMO FINANCIAL SERVICES  UNSECURED       NOT FILED          .00            .00
MEDICAL BUSINESS BUREAU   UNSECURED       NOT FILED          .00            .00
METRO CENTER FOR HEALTH   UNSECURED       NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED          .00            .00
NCO COLLECTION AGENCY     UNSECURED       NOT FILED          .00            .00
NATHANIEL D LAWRENCE      UNSECURED       NOT FILED          .00            .00
PROVIDENT HOSPITAL        UNSECURED       NOT FILED          .00            .00
ST FRANCIS HOSPITAL EVAN  UNSECURED         5818.00          .00            .00
SUN CASH                  UNSECURED       NOT FILED          .00            .00
T-MOBILE USA              UNSECURED          488.70          .00            .00
TRIBUTE                   UNSECURED       NOT FILED          .00            .00
VANRU CREDIT              UNSECURED       NOT FILED          .00            .00
WEXLER & WEXLER           UNSECURED       NOT FILED          .00            .00
ASSET ACCEPTANCE LLC      UNSECURED          174.63          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          476.87          .00            .00
HONOR FINANCE             SECURED NOT I        .00           .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 12209 HELEN M HERRON
```

```
B-REAL LLC                  UNSECURED        401.63            .00            .00
AMERICASH LOANS LLC         UNSECURED        671.90            .00            .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY    3,478.65                         93.60
TOM VAUGHN                  TRUSTEE                                          6.40
DEBTOR REFUND               REFUND                                            .00
```

     Summary of Receipts and Disbursements:
```
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  100.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                 93.60
TRUSTEE COMPENSATION                            6.40
DEBTOR REFUND                                    .00
                       ---------------    ---------------
TOTALS                   100.00              100.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 02/27/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                          PAGE   2
          CASE NO. 07 B 12209 HELEN M HERRON